UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLORADO
Hon. Marcia S. Krieger

Civil Action No. 06-cv-00074-MSK-MEH

RANCH-WAY, INCORPORATED, a Wyoming corporation,

Plaintiff,

v.

CLAUDE SHOBERT, a citizen of Oklahoma,

Defendant.

_____

**CONSENT DECREE**
_____

The parties having entered into a settlement in the captioned case, and having filed a Stipulation requesting entry of the Consent Decree, the Court hereby **ENTERS** the following Order:

IT IS STIPULATED AND AGREED by and between the attorneys for the respective parties that in connection with the settlement of this action, the Defendant agrees to be permanently enjoined from using the words or marks All American, American, America, All, U.S., U.S.A., or a star symbol, or any other marks which are likely to create confusion, either alone, or in combination, hereafter designated as "All American" in connection with his business or related to any animal or livestock feeds or supplements and consents to the entry of this judgment to that effect.

Defendant and any of his employees, agents, representatives, subsidiaries or affiliates, are hereby permanently enjoined from using any of the words of marks designated as "All American."

Within 15 days of this Order:

1. Defendant shall discontinue use of the words or marks.

2. Defendant shall request a change to all directories or listings at the next printing or the first opportunity to make the changes, which ever occurs first.

3. Defendant shall transfer to Plaintiff all worldwide web domains and addresses that it owns or controls that use All American, American, American All.

4. Defendant shall immediately stop use of any of the words or marks prohibited herein and make the appropriate changes, if any instance of subsequent or continued use of any of the words or marks prohibited herein are brought to the Defendant's attention at any time in the future.

5. Defendant shall cause Defendant's employees, agents, sales representatives and independent contractors, not to represent, directly or by implication, that Defendant or such individuals, or any products they sell or distribute, are in any way related, connected, or affiliated with Ranch-Way, Incorporated or All American.

6. Defendant shall notify by letter its present employees, sales representatives, independent contractors or agents of the Agreement, and shall direct said individuals to follow the terms set forth therein.

In consideration of the foregoing and conditioned upon compliance by Defendants with the various terms and provisions of the settlement provided for above, this action shall be discontinued and dismissed.

The Clerk of the Court is directed to close this case.

Dated this 5th day of June, 2006

                                        **BY THE COURT:**

*[signature]*

Marcia S. Krieger
United States District Judge